UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMELLE RUSSELL,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>C/O WILCOXEN, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:24-CV-00024-MMD-CLB<br><br>ORDER |

**I.   DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address (Ely State Prison) listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until July 15, 2024, to file his updated address with this Court. If Plaintiff does not update the Court with his current address no later than July 15, 2024, this case will be subject to dismissal without prejudice.

**II.   CONCLUSION**

It is therefore ordered that Plaintiff shall file his updated address with the Court no later than July 15, 2024.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 17th day of June 2024.

_____
UNITED STATES MAGISTRATE JUDGE